1  ROCHELLE L. RUSSELL(CSB #244992)
   UNITED STATES DEPARTMENT OF JUSTICE
2  ENVIRONMENT & NATURAL RESOURCES DIVISION
   301 Howard Street, Suite 1050
3  San Francisco, CA 94105
   Tel: 415.744.6485
4  Fax: 415.744.6476
   Email: rochelle.russell@usdoj.gov
5  *Attorney for Defendants*

6  STEPHAN C. VOLKER (CSB #63093)
   JOSHUA A.H. HARRIS (CSB #222886)
7  LAW OFFICES OF STEPHAN C. VOLKER
   436 14th Street, Suite 1300
8  Oakland, CA 94612
   Tel:  510.496.0600
9  Fax: 510.496.1366
   Email: svolker@volkerlaw.com
10 Email: jharris@volkerlaw.com
   *Attorneys for Plaintiffs*

11

12

13                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
14                              OAKLAND DIVISION

15

16 | NORTH COAST RIVERS ALLIANCE, a non-profit, ) Case No. 08-cv-05328 SBA
   unincorporated association, et. al,          )
17                                              ) **STIPULATION TO WITHDRAW**
                    Plaintiffs,                 ) **DEFENDANTS' ADMINISTRATIVE**
18                                              ) **MOTION TO SEAL AND TO**
         v.                                     ) **CONTINUE ANSWER DEADLINE**
19                                              ) **AND ORDER**
   LISA P. JACKSON, Administrator, United States)
20 Environmental Protection Agency, et. al,     )
                                                )
21                  Defendants.                 )
                   _____     )
22

23

24

25

26

27

28

---

STIPULATION TO WITHDRAW DEFENDANTS'
ADMINISTRATIVE MOTION TO SEAL AND TO
CONTINUE ANSWER DEADLINE                                    Case No. 08-cv-05328-SBA

Pursuant to the Case Management Conference held on Friday, March 6, 2009, and in light of the court-supervised meeting to discuss settlement of this case, tentatively scheduled for March 18, 2009, the parties, by and through their undersigned counsel, hereby stipulate to the following:

1. Defendants' Administrative Motion to File Under Seal Limited Portions of the Answer, Dkt. 11, is withdrawn without prejudice to re-filing.

2. Defendants' time for answering Plaintiff's Complaint and/or the re-filing of Defendants' aforementioned seal motion is continued until April 1, 2009.

Respectfully submitted,

Dated: March 9, 2009
JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division

 /s/ Rochelle L. Russell
ROCHELLE L. RUSSELL
Attorney, U.S. Department of Justice
Environment & Natural Resources Division
301 Howard Street, Suite 1050
San Francisco, CA 94105
*Attorney for Defendants*

Dated: March 9, 2009
 /s/ Stephan C. Volker (with permission)
STEPHAN C. VOLKER
Attorney for Plaintiffs NORTH COAST RIVERS ALLIANCE, et al.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 3/13/09

*[signature]*
SAUNDRA BROWN ARMSTRONG
United States District Judge

STIPULATION TO WITHDRAW DEFENDANTS'
ADMINISTRATIVE MOTION TO SEAL AND TO
CONTINUE ANSWER DEADLINE — - 2 - — Case No. 08-cv-05328-SBA