1  STEPHAN C. VOLKER (CSB #63093)
   JOSHUA A.H. HARRIS (CSB #222886)
2  BRIDGET A. ROBERTS (CSB #251941)
   LAW OFFICES OF STEPHAN C. VOLKER
3  436 14th Street, Suite 1300
   Oakland, CA 94612
4  Tel: 510.496.0600
   Fax: 510.496.1366
5
   Attorneys for Plaintiffs
6  NORTH COAST RIVERS ALLIANCE, et al.

7  ROCHELLE L. RUSSELL (CSB #244992)
   UNITED STATES DEPARTMENT OF JUSTICE
8  ENVIRONMENT & NATURAL RESOURCES DIVISION
   301 Howard Street, Suite 1050
9  San Francisco, CA 94105
   Tel: 415.744.6485
10 Fax: 415.744.6476

11 Attorneys for Defendants
   LISA P. JACKSON, Administrator, United States Environmental
12 Protection Agency, et al.

10.420.02

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH COAST RIVERS ALLIANCE, a non-profit, unincorporated association, FRANK EGGER, TIMOTHY WILCOX, in his own behalf and on behalf of his 1-year old son, JACK WILCOX, KRISTA MARIE ALONGI ARON, on her own behalf and on behalf of her minor daughter NORA ARON, SANDIE SCHMAIER, SHARON LUEHS, GAYLE McLAUGHLIN, WHITNEY MERCHANT, ROBERT LIEBER, MICHAEL LYNBERG, and TONY MADRIGAL, <br><br>  Plaintiffs, <br><br> v. <br><br> LISA P. JACKSON, Administrator, United States Environmental Protection Agency, and the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendants. | CASE NO.: 08-05328-SBA <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ANSWER DEADLINE** <br><br> **AND** <br><br> **ORDER THEREON** |

To facilitate ongoing settlement discussions within the Court's Alternative Dispute Resolution process, the parties hereby stipulate to the following:

1  1.  The Case Management Conference currently scheduled for April 8, 2009 at 3:30 p.m. shall be continued three weeks, to April 29, 2009 at 2:00 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

2.  Defendants' time for answering plaintiffs' Complaint and/or re-filing Defendants' Administrative Motion to File Under Seal Limited Portions of the Answer, Dkt.11, is continued until April 29, 2009.

Dated:  April 1, 2009            Respectfully submitted,

LAW OFFICES OF STEPHAN C. VOLKER

/s/ Stephan C. Volker
STEPHAN C. VOLKER
Attorneys for Plaintiffs NORTH COAST RIVERS ALLIANCE, et al.


Dated:  April 1, 2009            JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division

/s/ Rochelle L. Russell
ROCHELLE L. RUSSELL.
Attorney, U.S. Department of Justice

STIPULATION AND [PROPOSED] ORDER            - 2 -

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 4/1/09

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE