STEPHAN C. VOLKER (CSB #63093)
JOSHUA A.H. HARRIS (CSB #222886)
LAW OFFICES OF STEPHAN C. VOLKER
436 14th Street, Suite 1300
Oakland, CA 94612
Tel:  510.496.0600
Fax: 510.496.1366
Email: svolker@volkerlaw.com
Email: jharris@volkerlaw.com
*Attorneys for Plaintiffs*

ROCHELLE L. RUSSELL(CSB #244992)
UNITED STATES DEPARTMENT OF JUSTICE
ENVIRONMENT & NATURAL RESOURCES DIVISION
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel:  415.744.6485
Fax: 415.744.6476
Email: rochelle.russell@usdoj.gov
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| NORTH COAST RIVERS ALLIANCE, a non-profit, unincorporated association, et. al, <br><br> Plaintiffs, <br><br> v. <br><br> LISA P. JACKSON, Administrator, United States Environmental Protection Agency, et. al, <br><br> Defendants. | Case No. 08-cv-05328 SBA <br><br> **STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE** <br><br> **AND** <br><br> **[PROPOSED] ORDER THEREON** <br><br> Fed. R. Civ. P. 41(a)(1)(A)(ii) |

WHEREAS on December 18, 2008, Plaintiffs filed the instant lawsuit, challenging EPA's decisions to grant emergency exemptions under Section 18 of the Federal Insecticide, Fungicide and Rodenticide Act ("FIFRA"), 7 U.S.C. § 136p, for the use of two pesticides, CheckMate LBAM-F and CheckMate OLR-F, to control the light brown apple moth in California;

WHEREAS on April 16, 2009, EPA revoked the challenged emergency exemptions because an alternative, registered pesticide product had recently become available for the same use authorized by the emergency exemptions;

WHEREAS the parties agree that EPA's revocations have rendered this case moot, and that the Complaint should therefore be dismissed with prejudice;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, that Plaintiffs' Complaint be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own fees and costs with respect to this action, and all rights of appeal are waived.


Respectfully submitted,

Dated: May 11, 2009            /s/ Stephan C. Volker
                              STEPHAN C. VOLKER
                              *Attorney for Plaintiffs*


Dated: May 11, 2009            JOHN C. CRUDEN
                              Acting Assistant Attorney General
                              Environment & Natural Resources Division

                              /s/ Rochelle L. Russell
                              ROCHELLE L. RUSSELL
                              Attorney, U.S. Department of Justice
                              Environment & Natural Resources Division
                              *Attorney for Defendants*


**PURSUANT TO STIPULATION, IT IS SO ORDERED**.


Dated: 5/12/09  _____        *Saundra B Armstrong*
                              SAUNDRA BROWN ARMSTRONG
                              United States District Judge

STIPULATION TO DISMISS COMPLAINT
WITH PREJUDICE                    - 2 -                    Case No. 08-cv-05328 SBA